352 U.S. 982, 77 S.Ct. 384.

James A. WILLIAMS, petitioner,  v.   UNITED
STATES of America.

No. 323, Misc.

Supreme Court of the United States.
Jan. 21, 1957.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.

Denied.